```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03035
   MAURICIO SANCHEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-3182


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 02/11/2008 and was not confirmed.

    The case was dismissed without confirmation 07/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------

NORDSTROM FSB              UNSECURED          2322.14           .00           .00
PORTFOLIO RECOVERY         UNSECURED          6167.11           .00           .00
AMERICAN EXPRESS BANK      UNSECURED         58107.64           .00           .00
AMERICAN EXPRESS BANK      UNSECURED         29993.12           .00           .00
AMERICAN EXPRESS           UNSECURED        NOT FILED           .00           .00
FIA CARD SERVICES          UNSECURED          1887.46           .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1261.39           .00           .00
ROUNDUP FUNDING LLC        UNSECURED          2345.76           .00           .00
MACYS RETAIL HOLDINGS      UNSECURED          1705.61           .00           .00
MACYS DSNB                 UNSECURED        NOT FILED           .00           .00
ISAC                       UNSECURED         25424.10           .00           .00
HSBC/NEIMAN                NOTICE ONLY      NOT FILED           .00           .00
CITIZENS BANK              SECURED VEHIC    14944.71           .00       1081.01
CITIZENS BANK              UNSECURED        NOT FILED           .00           .00
WELLS FARGO BANK           CURRENT MORTG         .00            .00           .00
WELLS FARGO BANK           MORTGAGE ARRE    26237.55            .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00            .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE     2000.00            .00           .00
MERCEDES SANCHEZ           NOTICE ONLY      NOT FILED           .00           .00
MERCEDES SANCHEZ           NOTICE ONLY      NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           227.92           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          5074.03            .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED         4809.52            .00           .00
GLEASON & GLEASON LLC      DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                          93.99
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     1,175.00

PRIORITY                                            .00
SECURED                                        1,081.01

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03035 MAURICIO SANCHEZ
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                             93.99
DEBTOR REFUND                                                      .00
                                    ----------------   ----------------
TOTALS                                      1,175.00           1,175.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/29/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE